UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:05-CR-19 |
| | ) | |
| ROBERT A. J. VELASQUEZ, JR. | ) | |

# **O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge. The government has filed no objections to this report.

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 63], it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that the defendant's motion to suppress is **GRANTED.** [Doc. 52]

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE